**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

**COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983**

**Action Number** 1:14cv1432
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

**I. PARTIES**

A. Plaintiff:

1. (a) Jon Eric Sprouse (Name) (b) 58604 (Inmate number)

(c) 500 Folar Trail (Address)
N. Prince George, VA 23860

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B. Defendant(s):

1. (a) Bishop Knott, Jr. (Name) (b) Clerk of Prince George County Circuit Court (Title/Job Description)

(c) Physical = 6601 Courts Dr.
Mailing = P.O. Box 98 (Address)
Prince George, VA 23875

RECEIVED
OCT 23 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2. (a) W. Allan Sharrett (b) Judge of Prince George County Circuit Court
(Name) (Title/Job Description)

(c) Physical = 6601 Courts Dr.
Mailing = P.O. Box 280
(Address)
Prince George, VA 23875

3. (a) Jay Paul (b) Commonwealth's Attorney
(Name) (Title/Job Description)

(c) Physical = 6601 Courts Dr.
Mailing = P.O. Box 730
(Address)
Prince George, VA 23875

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [X] No [ ]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

1. Parties to previous lawsuit:

Plaintiff(s) Jon Eric Sprouse

Defendant(s) Prince George County Circuit Court, and the Commonwealth of Virginia

2. Court (if federal court, name the district; if state court, name the county):
United States District of the E. D. of Virginia

3. Date lawsuit filed: May 5, 2014

4. Docket number: 1:14cv558 (LMB/TRJ)

5. Name of Judge to whom case was assigned: Leonie M. Brinkema

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : Dismissed for Failing to state a claim of which the Court could grant relief in the nature of Mandamus

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: Riverside Regional Jail

B. Does the institution listed in "A" have a grievance procedure? Yes [X] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [X] No [ ]

2. If so, where and when: At the jail on Several Occasions

3. What was the result? That the issue of constitutionally guaranteed liberty without Due Process is ungrievable

4. Did you appeal? Yes [ ] No [X]

5. Result of appeal: The Riverside Regional Jail rarely lets you appeal.

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X] No [ ]

If your answer is Yes, what steps did you take? I have talked with jail officers, the case manager, Shift Sargeants, and I have written letters to the Jail Superintendent and Records Dept.

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

N/A

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I am guaranteed by the United States Constitution (Amendment 14) that my life, liberty, or property can not be taken from me without Due Process of Law, it has been by the named officials of the Prince George County Circuit Court in the Commonwealth of Virginia.

I was charged in Prince George County, Virginia with Grand Larceny, I was inadvisedly coerced into signing a plea agreement, by inept counsel, that was contrary to the Law in Virginia. I relunctently entered into that agreement with the Commonwealth of Virginia on August 29, 2013. Eric Livingston (the Asst. Commonwealth's Attorney) Filed a motion to issue a Capias against me on Sept. 30, 2013, on Oct. 1, 2013 Judge Sharrett issued a Show Cause because it was claimed that I was in violation of the agreement by not paying or abiding

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. JES (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

_____ Award money damages in the amount of $ __________

X Grant injunctive relief by Enjoining the Defendants – see Continuation Sheet

_____ Other __________

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

Riverside Regional Jail
500 Folar Trail
N. Prince George, Virginia 23860

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [X] No [ ]. You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this 18th day of October, 2014.

Plaintiff [signature]

Jon Eric Sprouse

Continuation Sheet

Question I. - Parties

4. (a) Eric Livingston (b) Asst. Commonwealth's Attorney

(c) Physical = 6601 Courts Dr.
Mailing = P.O. Box 730
Prince George, VA 23875

Question II. - Previous Lawsuits

1. Parties -
- Plaintiff = Jon Eric Sprouse
- Defendants = Commonwealth of Virginia and the Director of the Riverside Regional Jail

2. Court -
Prince George County Circuit Court

3. Date lawsuit Filed -
Feb. 19, 2014

4. Docket number -
CL-14000572-00

5. Name of Judge that case was assigned to -
Judge Nathan Lee

6. Disposition -
Still pending, I have been unsucessful sofar in getting it reviewed to test my illegal detention and the Prince George Circuit Court has not served it correctly on the proper party. Nine months and I am still waiting, in pretrial detention, to get my Habeas Corpus Petition Heard.

Continuation Sheet

Question IV. - Statement of the Claim

by the clause on restitution. The agreement clearly states that I had twenty one days to deliver the cross or I had six months to pay the restitution and that would not make the restitution due until Feb. 28, 2014. On Jan. 30, 2014 Judge Sharrett found that I was not in violation of the agreement but continued the case until May 1, 2014. Then the Asst. Commonwealth's Attorney made an immediate motion to have my pretrial bond revoked, Judge Sharrett revoked my pretrial bond and remanded me into custody without notice, an opportunity to be heard, nor a chance to present or obtain evidence in my favor to prove there was no crime to charge for and that I am innocent of the crime charged. I have since remained in jail without competent and effective assitance of counsel, and without any attorney, nor signed or agreed to waiver of counsel on Appeal to the Court of Appeals of Virginia. I have not been allowed back into the Prince George Circuit Courtroom since Jan. 30, 2014 to present my evidence that proves my innocence or withdraw from my plea agreement, as allowed by Virginia Law, because of found evidence that proves my innocence and

there was no crime that occurred to charge For. I have just been denied any right to be heard, present evidence, or have compulsory process to get evidence in my Favor to prove my innocence of the crime charged.

I was Finally allowed a hearing on August 7, 2014 on a motion For Appeal Bond that I had Filed on Feb. 20, 2014, almost six months after I Filed it. Judge Sharrett denied the Appeal Bond saying that I would not win my Appeal because there was no Final order of the court, though Virginia Law allows For interlocutory Appeals on issues that effectively determines the rights of the parties. Judge Sharrett would not let me speak at all nor explain the situation that I had Found the evidence that proves my innocence. Judge Sharrett explained to me that he could not hear any thing else besides the Appeal Bond issue because, his own words, he did not have jurisdiction to hear anything in the case because he did not have the record and that the record was with the Court of Appeals of Virginia thus stripping him of jurisdiction to hear anything except the Appeal Bond

Issue. The record of the case against me went to the Court of Appeals on Jan. 28, 2014, Judge Sharrett threw me in jail, to assure my presence at a trial I now have no Future date For and not For punishment as I have not been Found in violation of anything, and has denied me Due Process since throwing me in on Jan. 30, 2014, two days after Judge Sharrett claims he lost jurisdiction to hear anything on the case.

I then Filed a motion of Aug. 14, 2014 to receive the transcript of the August 7 hearing as a pauper so the Appeal Bond issue can be reviewed by the Court of Appeals per the rules of the Court of Appeals. I have not heard anything back by the Prince George Court on that issue except a letter from the clerk saying they have received the motion and that it has been placed with the Judge to be decided on.

Besides the several motions I have Filed with the Prince George Court that I can not get heard as of yet, I Filed a Petition For a Writ of Habeas Corpus on Feb. 19, 2014 with the Prince George Court and have also been unsuccessful

Continuation Sheet

in getting that heard to review my unjust detention and to present my found evidence to prove my innocence of the crime charged.

I have been denied Due Process of Law before my liberty was taken from me. I have been denied effective assistance of counsel on the issue of the violation and getting the found evidence heard that proves my innocence to the crime charged.

I have been denied any counsel at all on my Appeal of the crime charged. I have even been denied getting a Habeas Corpus Petition heard to review the legality of my detention by Due Process of Law and to present the found evidence that proves my innocence of the crime charged. I can not believe that the legislative intent behind Habeas Corpus ever meant that it would take over nine months to test the legality of ones detention in the Circuit Court that imposed that detention.

My liberty has been taken without Due Process of Law as I am guaranteed through the 14th Amendmant of the

Continuation Sheet

United States Constitution. I pray that this Court grants me relief by issuing an injunction that enjoins the defendants to grant me the Due Process guaranteed to me so that I have an effective opportunity to be heard, present the found evidence that proves my innocence of the crime charged, that the proper provisions of Due Process be abided by as required by Law, and that this be scheduled immediately by the Prince George Circuit Court so that I am injured no further by the pretrial detention I have been placed in for the past nine months by the Prince George Court.

The Following Supreme Court Opinions I rely on to support my position:

1. Hamdi v. Rumsfeld, 542 U.S. 507, 533, 124 S.Ct. 2633 (2004); "the right to notice and an opportunity to be heard 'must be granted at a meaningful time and in a meaningful manner.'"

- @530; "it is clear that commitment for any purpose constitutes a significant deprivation of liberty that requires Due Process protection,"

Continuation Sheet

- @ 530; "the right to procedural Due Process is 'absolute' in the sense that it does not depend upon the merits of a claimants substantive assertions."
- @ 531; "We reaffirm today the fundamental nature of a citizen's right to be free from involuntary confinement by his own government without Due Process of Law."

2. Zinermon v. Burch, 494 U.S. 113, 125, 126, 110 S.Ct. 975 (1990); "Procedural Due Process rules are meant to protect persons not from the deprivation, but from the mistaken or unjustified deprivation of life, liberty, or property."
   - and @ 127; "at minimum, Due Process requires 'some kind of notice and... some kind of hearing'"
3. Morrissey v. Brewer, 408 U.S. 471, 480-82, 92 S.Ct. 2593 (1971); "conditional liberty" protected by Due Process.
   - @ 485-88

At minimum, the Process Due in a Preliminary Hearing:

(1.) A hearing conducted by someone not involved in initiating the revocation charges.

(2.) Notice of facts upon which the revocation charges are based.

(3.) The right to be present and to be heard

Continuation Sheet

on your behalf.
(4.) A written summary of the evidence and arguments presented.
(5.) A written decision containing the facts and reasoning for finding probable cause.
(6.) The right to confront those providing adverse information.
- and @ 487-89
At a final hearing the minimum process due:
(1.) A hearing before a neutral and detached body.
(2.) A written notice listing my alleged probation violations
(3.) Disclosure of all the evidence to be used against me.
(4.) An opportunity to speak, present witnesses, and documentary evidence in my favor.
(5.) An opportunity to confront and cross-examine adverse witnesses.
(6.) A written decision stating the facts and the reasoning upon which my probation/deferred disposition was revoked.
(7.) A reasonably prompt hearing, like 60 days and not nine months and still waiting.

4. Argersinger v. Hamlin, 407 U.S. 25, 37, 92 S. Ct. 2006 (1972); "Absent a knowing and

Continuation Sheet

intelligent waiver, no person may be imprisoned For any offense, whether classified as petty, misdemeanor, or Felony, unless he was represented by counsel at his trial."

- and @ 52; Mr. Justice Powell, concurring in the result; "In simplest terms this means that under no circumstances, in any court in the land, may anyone be imprisoned - however briefly - unless he was represented by, or waived his right to counsel."

5. Murray v. Carrier, 477 U.S. 478, 488, S. Ct. (1986); "the sixth Amendment itself requires that responsibility For the default be imputed to the State, which may not 'conduct trials at which persons who Face incarceration must defend themselves without adequate legal assistance.'"

- and @ 495; "right to effective assistance of counsel applies an appeal as of right." (internal citing omitted)

Question V. - Relief

to schedule a trial / hearing immediately and to hear me so I may present the evidence that proves my innocence to the charge, have compulsory process to get the evidence that proves my innocence of the crime charged, and to appoint effective

Continuation Sheet

and competent assistance of counsel to represent me in the Prince George County Circuit Court. I ask for this and any other relief that this Court feels apropriate. Thank you.

## Certification of Mailing

I certify that I have sent one copy of this complaint to each of the named defendants to their mailing addresses listed via First class postage prepaid.

[signature] 10-18-14